IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

V.                         CASE NO. 2:21-CR-20010-PKH-1

SHAWN THOMAS HILL                                                      DEFENDANT

**ORDER**

Currently before the Court is Defendant's Motion for Order to Travel Out of State. (ECF No. 21). The Government has not filed a response, but Defendant states in his motion that "the Government has been contacted regarding this request and stated it does have objection to the granting of this request." *Id*. at 3. The motion was referred to the undersigned on June 15, 2021. (ECF No. 22). The undersigned conducted a telephone conference with counsel regarding the motion on June 15, 2021.

Defendant was initially charged by Criminal Complaint on November 20, 2020, with possession with intent to distribute more than 500 grams of methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A)(viii). (ECF No. 1). He was arrested on November 21, 2020 (ECF No. 12), and he appeared for initial appearance on December 11, 2020. (ECF No. 7). Defendant was released on a $10,000 signature bond and conditions of release. (ECF Nos. 10, 11). An Indictment was returned against Defendant on March 30, 2021, and he was charged in Count One with conspiracy to distribute more than 500 grams of methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A)(viii) and 21 U.S.C. § 846, and in Count Two with aiding and abetting the possession with intent to distribute more than 500 grams of methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A)(viii) and 18 U.S.C. § 2. (ECF No. 13). At his arraignment on April 16, 2021, Defendant was allowed to remain at liberty on the previously issued

$10,000 signature bond and conditions of release.  (ECF No. 17).  Jury trial is scheduled for July 26, 2021.  (ECF No. 20).

Defendant is a resident of Las Vegas, Nevada.  As a condition of his pretrial release, his travel is restricted to Clark County, Nevada, and the Western District of Arkansas (for court), unless preapproved by the pretrial services office.  (ECF No. 11 at 2).  Further, Defendant is subject to a curfew, being restricted to his residence every day from 8:00 p.m. to 8:00 a.m.  *Id*.

Defendant filed the current motion on Monday, June 14, 2021, requesting permission to travel from his home in Las Vegas, Nevada, to Washington, D.C., along with his fiancé, on a group bus tour supporting voting rights.  (ECF No. 21, ¶ 4).  The tour would begin the morning of June 22, 2021, and continue until June 27, 2021, when it is expected Defendant would return by flight to Las Vegas.  *Id*.  While indicating that the Pretrial Services Officer has authority to approve this travel request, Defendant acknowledges that his curfew condition would affect that authority.  *Id*.  Defendant also states in his motion that he has until the close of business on June 16, 2021, to make his reservations for the trip.  *Id*. at ¶ 7.

The Pretrial Services Report reflects Defendant's lengthy criminal history, dating from 1988 through November 2020.  (ECF No. 5).  Defendant's criminal history includes prior drug trafficking convictions in 1995 and 1999; a prior conviction for felon in possession of a firearm in 1999; and pending cases in Warren County Circuit Court in Bowling Green, Kentucky (where there is an active bench warrant for Defendant's failure to appear on November 4, 2014), in Winslow Justice Court in Phoenix, Arizona (drug trafficking charges), and in Crawford County, Arkansas (related to the instant offense).  *Id*. at 4.

During the Court's telephone conference with counsel on June 15, 2021, the Government's attorney noted Defendant's extensive criminal history in drug trafficking, stating further that in the

Government's view, Defendant has already benefitted from the Court's decision to permit pretrial release following his arrest.  The Government's counsel also objected to the requested travel based on the inability of pretrial services officers to monitor Defendant on a multi-day bus trip across the United States.  When asked about the timing of the motion, defense counsel stated that he just learned of the proposed travel over the past weekend, and he filed the motion as soon as possible.

Upon careful consideration, and while his support of voting rights is admirable, the Court finds that Defendant cannot be properly supervised while traveling across the United States from Las Vegas, Nevada to Washington, D.C. over the course of six days.  Accordingly, the Defendant's Motion for Order to Travel Out of State (ECF No. 21) is **DENIED**.

**IT IS SO ORDERED** this 16th day of June 2021.

/s/ *Mark E. Ford*
HON. MARK E. FORD
CHIEF UNITED STATES MAGISTRATE JUDGE